**Billy Benny ROBERTS, Jr.,
Petitioner-Appellant,**

v.

**J. J. CLARK, Warden,
Respondent-Appellee.**

**No. 71-2208.**

United States Court of Appeals,
Fifth Circuit.

Sept. 28, 1971.

Billy Benny Roberts, Jr., pro se.

John W. Stokes, Jr., U. S. Atty., Charles A. Pannell, Jr., Atlanta, Ga., for respondent-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed.[1a] See Local Rule 21.[2]

1a. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's local Rule 9(c) (2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of

Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir. 1969, 412 F.2d 981.

2. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

